EDGAR M. TILT, as Trustee in Bankruptcy of the SMITH LUMBER COMPANY, Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.

*Tilt* v. *Delaware & Hudson Co.*, 154 App. Div. 884, affirmed. (Argued March 19, 1914; decided April 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1912, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover the value of lumber alleged to have been sold and delivered.

The defense was prior assignments of the account sued upon.

*Alfred Opdyke* and *William C. Noyes* for appellant.

*J. Ard Haughwout* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.

---

WILLIAM J. HEALY, Respondent, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Healy* v. *N. Y. C. & H. R. R. R. Co.*, 153 App. Div. 516, affirmed. (Argued March 19, 1914; decided April 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 12, 1912, affirming a judgment of the Schenectady County Court in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover the value of a hand bag and its contents checked by plaintiff at a parcel room in one of defendant's

stations and delivered by defendant's employees to some-one other than plaintiff.

*Robert E. Whalen* for appellant.

*Henry S. Baehler* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.